# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re: Melissa Gardiner,  
Debtor

Case No.: 03-15035-RGM  
Chapter 7

Melissa Gardiner,  
        Plaintiff

v.  

APN: 04-1220

First USA,  
        Defendant

**Plaintiff's Request for Issuance of Alias Summons**

Plaintiff through undersigned counsel request thtat the court issue an alias summons in above-captioned case.

Date: June 25, 2004

/s/_Klinette H. Kindred _____  
Robert Ross Weed,   VSB #24646  
Klinette H. Kindred, VSB#18000

Robert Ross Weed  VSB 24646  
Klinette H. Kindred VSB 18000  
Law Office of Robert Ross Weed  
Counsel for  Melissa Gardiner  
1420 Prince Street, Suite 200  
Alexandria, VA 22314  
phone 703/548-0122  fax 548-2607